*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

TYWUANTE LESHAUN CRUMP,

Defendant-Appellant.

UNPUBLISHED
December 19, 2019

No. 343438
Wayne Circuit Court
LC No. 17-005080-01-FC

---

Before: RONAYNE KRAUSE, P.J., and CAVANAGH and SHAPIRO, JJ.

RONAYNE KRAUSE, PJ., *concurring*.

I concur in result only.

/s/ Amy Ronayne Krause